IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 11-00162 WHA |
| Plaintiff, | |
| v. | **ORDER TO WAIVE APPEARANCE** |
| SAMSUNG SDI CO. LTD., | |
| Defendant. | |
| REAL PARTY IN INTEREST HUI HSIUNG | |

Real party in interest Hui Hsiung submitted a joinder in Lai-Juh Chen's motion for unsealing and disclosure of defendant Samsung SDI Co. LTD's presentence report. The motion is scheduled for hearing on September 27, 2011. Hsiung requests a waiver of appearance for the motion hearing. Hsiung has represented in his application to waive appearance that Department of Justice attorney Peter Huston has been consulted and advised that he has no objection to this request. The request to waive appearance for the September 27, 2011 motion hearing on the motion for unsealing and disclosure of defendant Samsung's presentence report is hereby **GRANTED**.

**IT IS SO ORDERED.**

Dated: September 26, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE